**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| MISLENI D. EASTMAN, individually and as Co-Administratrix of the Estate of Jonathon A. Eastman (deceased) and as friend/next of kin of Gracie Eastman, | ) ) ) ) ) | Civil No. 3:09-0825 Judge Trauger |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MICHAEL R. POPE and CRETE CARRIER CORPORATION, | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| KENNETH EASTMAN, individually and as Co-Administrator of the Estate of J.E. (deceased) and as friend/next of kin of G.E., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:09-0984 Judge Trauger |
| v. | ) ) | |
| MICHAEL R. POPE and CRETE CARRIER CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

These cases are now consolidated for all purposes. It is therefore **ORDERED** that the reference to Magistrate Judge Knowles of Case No. 3:09-cv-0984 is **WITHDRAWN**, and the initial case management conference scheduled before Judge Knowles on December 14, 2009 is **CANCELLED** and **RESET** before Judge Trauger on Thursday, December 10, 2009, at 10:00 a.m. It is further **ORDERED** that the initial case management conference in Case No.

1

3:09-cv-0825, scheduled before Judge Trauger on November 30, 2009, is **CONTINUED** and **RESET** for Thursday, December 10, 2009, at 10:00 a.m. Counsel in Case No. 3:09-cv-0984 should consult the Notice of Initial Case Management Conference issued on September 9, 2009 in Case No. 3:09-0825 (Docket No. 3) in order to familiarize themselves with Judge Trauger's requirements for the initial case management conference.

It is so **ORDERED**.

ENTER this 24th day of November 2009.

_____
ALETA A. TRAUGER
U.S. District Judge

2