IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**Motion GRANTED**

*[Signature]*

| | |
|---|---|
| MISLENI D. EASTMAN, individually and as Co-Administratrix of the Estate of J.A.E.(deceased), and as friend/next kin of G.E. and KENNETH EASTMAN, individually and as Co-Administrator of the Estate of J.E. (deceased) and as friend/next kin of G.E. <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL R. POPE and CRETE CARRIER CORPORATION <br><br> Defendants. | Case No.3:09-cv-825 <br> Before: Judge Trauger <br> **JURY DEMAND** |
| KENNETH EASTMAN, individually and as Co- Administrator of the Estate of J.E. (deceased), and as friend/next kin of G.E., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL R. POPE and CRETE CARRIER CORPORATION, <br><br> Defendants. | Case No.: 3:10-cv-00139 <br> Before: Judge Trauger <br> **JURY DEMAND** |

## MOTION TO CONSOLIDATE CASES

Pursuant to Federal Rule of Civil Procedure 42(a), plaintiff Kenneth Eastman, individually and as co-administrator of the estate of J.E.(deceased) and as guardian of G.E.("Kenneth Eastman"), by counsel, requests that this court consolidate the above-