IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MISLENI D. EASTMAN, individually and as Co-Administratrix of the Estate of Jonathon A. Eastman (deceased) and as friend/next of kin of Gracie Eastman,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL R. POPE and CRETE CARRIER CORPORATION,<br><br>    Defendants. | Civil No. 3:09-0825<br>Judge Trauger |

## O R D E R

The court is informed that some portion of this case settled in a mediation held on September 21, 2010. It is hereby **ORDERED** that, within twenty (20) days of the entry of this Order, the parties shall file an agreed order of dismissal reflecting the claims that have settled.

It is so **ORDERED**.

ENTER this 24th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge