IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MISLENI D. EASTMAN, individually and as Co-Administratrix of the Estate of Jonathon A. Eastman (deceased) and as friend/next of kin of Gracie Eastman, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. POPE and CRETE CARRIER CORPORATION, <br><br> Defendants. | Civil No. 3:09-0825 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that a hearing to approve the minor settlement in this case shall be held on Wednesday, October 13, 2010, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 27th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge