IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MISLENI D. EASTMAN, individually and as Co-Administratrix of the Estate of Jonathon A. Eastman (deceased) and as friend/next of kin of Gracie Eastman, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. POPE and CRETE CARRIER CORPORATION, <br><br> Defendants. | Civil No. 3:09-0825 <br> CONSOLIDATED WITH: <br> Civil No. 3:09-0984 <br> Civil No. 3:10-0139 <br> Judge Trauger <br> Magistrate Judge Griffin |

**O R D E R**

The Defendants' Second Motion To Extend Case Management Plan (Docket No. 55) is **GRANTED**. It is hereby **ORDERED** that the deadline for the defendants to disclose retained experts is **EXTENDED** to February 15, 2011.

It is so **ORDERED**.

ENTER this 19th day of January 2011.

ALETA A. TRAUGER
U.S. District Judge