Motion GRANTED.

# THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MISLENI EASTMAN, individually and as Co-Administratrix of the Estate of J.E. (deceased) and as friend/next of kin of G.E. | )<br>)<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) **No. 3:09-cv-00825**<br>) <u>**CONSOLIDATED WITH**</u>: |
| **v.** | ) **No. 3:09-cv-00984**<br>) **No. 3:10-cv-00139**<br>) **JUDGE TRAUGER** |
| **MICHAEL R. POPE and CRETE CARRIER CORP.,** | )<br>)<br>) |
| **Defendants.** | ) |

## DEFENDANTS MICHAEL R. POPE AND CRETE CARRIER CORPORATION'S MOTION SEEKING LEAVE OF COURT TO FILE A REPLY TO PLAINTIFF KENNETH EASTMAN'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE ON CHOICE OF LAW

Pursuant to LR7.01(b), come now Defendants Michael R. Pope ("Pope") and Crete Carrier Corporation ("Crete") (collectively referred to as "Defendants"), by and through undersigned counsel of record, and respectfully seek the leave of this Court to file the proposed Reply to Plaintiff Kenneth Eastman's Memorandum in Opposition to Defendant's Motion in Limine on Choice of Law and Further Support of Plaintiff's Motion in Limine on Choice of Law. [Doc. 71].

In support of their motion, Defendants' would state unto the Court that, on Tuesday, March 15, 2011, Plaintiff and Defendants each filed motions in limine on the choice of law issue. [Docs. 62-65]. On Monday, March 21, 2011, Defendants filed a Response to Plaintiff Kenneth Eastman's Motion in Limine Regarding Choice of Law. [Doc. 68]. On Friday, March 25, 2011,