Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **MISLENI D. EASTMAN, individually and as** ) | |
| **Co-Administratrix of the Estate of** ) | |
| **J.A.E.** ) | |
| **(deceased), and as friend/next of kin of** ) | |
| **G.E. and** ) | |
| **KENNETH EASTMAN, individually and as** ) | |
| **Co-Administrator of the Estate of** ) | |
| **J.A.E** ) | |
| **(deceased), and as friend/next of kin of** ) | |
| **G.E.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | **Case No.: 3:09-CV-825** |
| ) | **JURY DEMAND** |
| ) | |
| **MICHAEL R. POPE and** ) | |
| **CRETE CARRIER CORPORATION** ) | |
| ) | |
| **Defendants.** ) | |

_____

## KENNETH EASTMAN'S MOTION FOR LEAVE TO FILE REPLY BRIEF
_____

Plaintiff Kenneth Eastman, by counsel, hereby moves the court or leave to file a reply memorandum in support of his motion in limine regarding choice of law. As grounds for this motion, plaintiff states that, on March 15, 2011, he filed a motion in limine regarding choice of law. Approximately one hour later on the same day, defendant filed a similar motion regarding the exact same issue. Both plaintiff and defendant filed responses. Defendant has now filed a reply brief and plaintiff requests the right to do the same.