# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MISLENI D. EASTMAN, individually and as Co-Administratrix of the Estate of Jonathon A. Eastman (deceased) and as friend/next of kin of Gracie Eastman, | Civil No. 3:09-0825 |
| | CONSOLIDATED WITH: |
| Plaintiff, | Civil No. 3:09-0984 |
| | Civil No. 3:10-0139 |
| v. | Judge Trauger |
| | Magistrate Judge Griffin |
| MICHAEL R. POPE and CRETE CARRIER CORPORATION, | |
| Defendants. | |

## O R D E R

Because this court must try a criminal case next week, the trial of this case scheduled for April 12, 2011 and the pretrial conference scheduled for April 8, 2011 are **CONTINUED**, to be reset by later order of the court.

The parties should confer and inform the court whether this case may be reset for trial on June 21, 2011, July 5, 2011, or July 26, 2011.

It is so **ORDERED**.

ENTER this 5th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge