# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MISLENI D. EASTMAN, individually and as Co-Administratrix of the Estate of Jonathon A. Eastman (deceased) and as friend/next of kin of Gracie Eastman, | )<br>)<br>)<br>) Civil No. 3:09-0825 |
| | ) CONSOLIDATED WITH: |
| Plaintiff, | ) Civil No. 3:09-0984 |
| | ) Civil No. 3:10-0139 |
| v. | ) Judge Trauger |
| | ) Magistrate Judge Griffin |
| MICHAEL R. POPE and CRETE CARRIER CORPORATION, | )<br>)<br>) |
| Defendants. | ) |

## **O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

It is so **ORDERED**.

ENTER this 6th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge