# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MISLENI EASTMAN, individually and as Co-Administratrix of the Estate of J.E. (deceased) and as friend/next of kin of G.E.** ) ) ) ) ) | |
| **Plaintiff,** ) | No. 3:09-cv-00825 <br> **CONSOLIDATED WITH:** <br> No. 3:09-cv-00984 |
| v. ) | No. 3:10-cv-00139 <br> **JUDGE TRAUGER** |
| **MICHAEL R. POPE and CRETE CARRIER CORP.,** ) ) | |
| **Defendants.** ) | |

## ~~PROPOSED~~ ORDER ON MOTION TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS

Upon motion of the parties, and the court being sufficiently advised, it is hereby

ORDERED and ADJUDGED as follows:

The parties shall have through and including Wednesday, May 4, 2011, by which to file the settlement documents or stipulation of settlement.

IT IS SO ORDERED this 28th day of April, 2011.

_____
United States District Judge